No. 00M29.  FORNARO v. STATE FARM INSURANCE CO.  Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 99–8508.  KYLLO v. UNITED STATES.  C. A. 9th Cir.  [Certiorari granted, 530 U. S. 1305.]  Motion for appointment of counsel granted, and it is ordered that Kenneth Lerner, Esq., of Portland, Ore., be appointed to serve as counsel for petitioner in this case.

No. 00–289.  YARNELL, CHIEF ENGINEER, MISSOURI DEPARTMENT OF TRANSPORTATION, ET AL. v. CUFFLEY ET AL.  C. A. 8th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 00–6016.  SAMUEL ET UX. v. HEPWORTH, NUNGESTER & LEZAMIZ ET AL.  Sup. Ct. Idaho.  Motion of petitioners for leave to proceed in forma pauperis denied.  Petitioners are allowed until November 20, 2000, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 00–6254.  IN RE KOST; and
No. 00–6295.  IN RE ELIAS LOERA.  Petitions for writs of habeas corpus denied.

No. 00–6397.  IN RE MONTGOMERY.  Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See Martin v. District of Columbia Court of Appeals, 506 U. S. 1 (1992) (per curiam).  JUSTICE STEVENS dissents.  See id., at 4, and cases cited therein.

No. 00–5820.  IN RE CHALMERS;
No. 00–5967.  IN RE WEBB;
No. 00–6010.  IN RE BROOKS; and
No. 00–6371.  IN RE MATHISON.  Petitions for writs of mandamus denied.